**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
12/13/2019

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA GOODWILL, et al., | ) | CASE NO. 1:19-cv-00181-SO |
| | ) | |
| Plaintiffs, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS HEALTH | ) | **NOTICE OF STIPULATED** |
| SYSTEM, INC., et al., | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties, through their respective counsel, that this action, Case No. 1:19-cv-00181-SO, is hereby settled and dismissed with prejudice against all Defendants.  Costs to be paid by Defendant University Hospitals Cleveland Medical Center. This stipulation pertains only to Case No. 1:19-cv-00181-SO and does not affect Case No. 1:19-cv-00180-SO.

Respectfully submitted,

/s/ Lydia M. Floyd
James P. Booker (0090803)
Lydia M. Floyd (0088476)
PEIFFER WOLF CARR & KANE, APLC
1422 Euclid Avenue—Suite 1610
Cleveland, OH  44115
Telephone:    216.589.9280
Facsimile:    888.411.0038
Email:        jbooker@pwcklegal.com
              lfloyd@pwcklegal.com

Joseph C. Peiffer (PHV)
PEIFFER WOLF CARR & KANE, APLC
201 St. Charles Avenue—Suite 4314
New Orleans, LA  70170
Telephone:    504.523.2434
Facsimile:    504.523.2464
Email:        jpeiffer@pwcklegal.com

*Attorneys for Plaintiffs*

/s/ Rita A. Maimbourg
Rita A. Maimbourg (0013161)
Robert C. Tucker (0013098)
Edward E. Taber (0066707)
Chelsea A. Mikula (0086453)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
Email:        rita.maimbourg@tuckerellis.com
              robert.tucker@tuckerellis.com
              edward.taber@tuckerellis.com
              chelsea.mikula@tuckerellis.com

*Attorneys for Defendants University Hospitals
Health System, Inc., University Hospitals
Cleveland Medical Center, University Hospitals
Ahuja Medical Center, and University Hospitals
Medical Practices*

*/s/ Terrance P. Gravens*
Terrance P. Gravens (0007064)
Dennis M. Pilawa (0003035)
Kimberly A. Brennan (0061625)
RAWLIN GRAVENS & PILAWA CO., LPA The
Hanna Building—Suite 500
1422 Euclid Avenue
Cleveland, OH  44115
tgravens@rawlingravens.com
dpilawa@rawlingravens.com
kbrennan@rawlingravens.com

*Attorneys for Defendant Computer Aided
Solutions LLC d/b/a CAS Data Loggers*

4492257